AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Sharon Lewis, *Plaintiff* v. Medical University of South Carolina, *Defendant(s)* | Civil Action No.    2:22-cv-04088-RMG |

## SUMMARY JUDGMENT IN A CIVIL ACTION

■ other: The Court adopts the Report and Recommendation as the Order of the Court and grants Defendant's motion for Summary Judgment.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard M. Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge and granted Defendant's motion for summary judgment .

Date:   June 3, 2024                                                      *ROBIN L. BLUME, CLERK OF COURT*

                                                                                                          s/H.Cornwell

                                                                                        *Signature of Clerk or Deputy Clerk*